IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HERON THERAPEUTICS, INC., Plaintiff, v. LONG GROVE PHARMACEUTICALS, LLC and CAPSTONE DEVELOPMENT SERVICES COMPANY, LLC, Defendants. | ) | C.A. No. 26-999 (WCB) |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Heron Therapeutics, Inc. hereby dismisses this action without prejudice. At the time of filing this Notice of Dismissal, Defendants Long Grove Pharmaceuticals, LLC and Capstone Development Services Company, LLC have not served an answer or motion for summary judgment in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Plaintiff*
*Heron Therapeutics, Inc.*

OF COUNSEL:

Isaac S. Ashkenazi
Justin T. Fleischacker
Stephen W. Kruse
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000

September 29, 2026